# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-3114
_____

WADE AVERY HALL, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Alachua County.
Susan Miller-Jones, Judge.

September 9, 2022


PER CURIAM.

AFFIRMED.

B.L. THOMAS, KELSEY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Megan L. Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Zachary F. Lawton, Assistant Attorney General, Tallahassee, for Appellee.